No. 17,357.

IMROVICH *v*. MOUNTAIN MOTORS, INC.
(276 P. [2d] 568)

Decided November 15, 1954.   Rehearing denied December 6, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. F. W. HARDING, Mr. G. E. BOATWRIGHT, for plaintiff in error.

Mr. ROBERT E. HOLLAND, Mr. THOMAS K. HUDSON, for defendant in error.